UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JAMES, | ) NO. CV 08-00828 DDP (SS) |
|             Petitioner, | ) **ORDER ADOPTING FINDINGS,** |
|           v. | ) **CONCLUSIONS, AND RECOMMENDATIONS** |
| KELLY HARRINGTON, Warden, | ) **OF UNITED STATES MAGISTRATE JUDGE** |
|             Respondent. | ) |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge, except as modified below:

    At page 17, line 17 of the Report, the reference to the date that the California Court of Appeal denied Petitioner's first state petition

1 | for writ of habeas corpus should read "November 13, 2005," not "November
2 | 13, 2002."
3 |
4 |     Accordingly, **IT IS ORDERED** that the Petition is denied and Judgment
5 | shall be entered dismissing this action with prejudice.
6 |
7 |     **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
8 | the Judgment herein on counsel for Petitioner and counsel for
9 | Respondent.
10 |
11 |     **LET JUDGMENT BE ENTERED ACCORDINGLY.**
12 |
13 | DATED: August 16, 2011
14 |
15 |                                 DEAN D. PREGERSON
                                UNITED STATES DISTRICT JUDGE