**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN JAMES, ) | NO. CV 08-00828 DDP (SS) |
|        Petitioner, ) | |
|     v. ) | **JUDGMENT** |
| KELLY HARRINGTON, Warden, ) | |
|        Respondent. ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 16, 2011

                                                      DEAN D. PREGERSON
                                                      UNITED STATES DISTRICT JUDGE